IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONAH DAVIN KNAPP, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 10-0583-CG-M |
| SAM COCHRAN, et al., | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE